1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                             **DISTRICT OF NEVADA**

6

7    DIANE L. RHODES-LYON,                       )

8                Plaintiff,                       )        2:11-cv-1906-LRH-CWH
                                                  )
9    vs.                                          )        **ORDER**
                                                  )
10   UNITED STATES, *et al*.,                     )
                                                  )
11                                                )
                Defendants.                       )
12   _____             )

13       Plaintiff submitted an Application to Proceed *in Forma Pauperis* (#1) and a Complaint on

14   November 28, 2011.  Plaintiff is proceeding in this action *pro se* and requested authority pursuant to 28

15   U.S.C. § 1915 to proceed *in forma pauperis*.  The Court denied Plaintiff's application for lack of

16   indigency on January 10, 2012 (Dkt. No. 4) and ordered Plaintiff to pay the filing fee of $350.00 within

17   thirty days.

18       Complying with the Court's order, Plaintiff tendered the filing fee to commence this action on

19   February 3, 2012.

20        Accordingly,

21       **IT IS ORDERED** that the Clerk of the Court shall file the Complaint.  Service of the

22   Complaint must be accomplished in a manner consistent with Rule 4 of the Federal Rules of Civil

23   Procedure.

24       **IT IS FURTHER ORDERED** that henceforth, Plaintiff shall serve upon defendants or, if

25   appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other

26   document submitted for consideration by the court.  Plaintiff shall include with the original paper

27   submitted for filing a certificate stating the date that a true and correct copy of the document was mailed

28   to the defendants or counsel for the defendants.  The court may disregard any paper received by a

     district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a

1    district judge, magistrate judge or the Clerk which fails to include a certificate of service.

2           Dated this 7th day of February, 2012.

3

4    _____
     C.W. HOFFMAN, JR.
5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28