# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIANE L. RHODES-LYON, | |
| Plaintiff, | 2:11-cv-1906-LRH-CWH |
| vs. | **ORDER** |
| UNITED STATES, *et al*., | |
| Defendants. | |

Plaintiff submitted an Application to Proceed *in Forma Pauperis* (#1) and a Complaint on November 28, 2011. Plaintiff is proceeding in this action *pro se* and requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. The Court denied Plaintiff's application for lack of indigency on January 10, 2012 (Dkt. No. 4) and ordered Plaintiff to pay the filing fee of $350.00 within thirty days.

Complying with the Court's order, Plaintiff tendered the filing fee to commence this action on February 3, 2012.

Accordingly,

**IT IS ORDERED** that the Clerk of the Court shall file the Complaint. Service of the Complaint must be accomplished in a manner consistent with Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that henceforth, Plaintiff shall serve upon defendants or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a

1 | district judge, magistrate judge or the Clerk which fails to include a certificate of service.
2 |     Dated this 7th day of February, 2012.

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE