1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   DIANE L. RHODES-LYON,                    )
8                        Plaintiff,          )        Case No.  2:11-cv-01906-LRH-CWH
                                             )
9    vs.                                     )        **ORDER**
                                             )
10   UNITED STATES OF AMERICA, et al.,       )
                                             )
11                      Defendants.          )
     _____)

12
13          This matter is before the Court on Plaintiff's "Motion for Notice on Federal Questions and
14   Damages: 'Title 26 Issues' - Mandate for Positive Law Codification (2 U.S.C. 285b) Public Law
15   93-544; As Affects Discovery; Local Rule 26-1(e)(1) on '26 CFR 301.7433-1(a); 25 USC 7430et
16   seq.'" (#20), filed September 25, 2012.  Plaintiff cites Local Rule 26-1(e)(1), which describes how
17   to calculate the discovery cut-off date.  The Court notes that discovery closed on September 30,
18   2012.  *See* Scheduling Order #16.  It is unclear from Plaintiff's motion whether she is requesting
19   that discovery be re-opened, but her motion does not comply with Local Rule 26-4 to warrant an
20   extension of the discovery period.  Additionally, it appears as though Plaintiff disagrees with the
21   Order granting in part and denying in part Defendants' Motion to Dismiss (#17).  However, the
22   motion does not request reconsideration.  Based on the foregoing and good cause appearing
23   therefore,

24          **IT IS HEREBY ORDERED** that Plaintiff's Motion for Notice on Federal Questions and
25   Damages (#20) is **denied**.

26          DATED this 2nd day of October, 2012.

27
28                                    _____
                                      **C.W. Hoffman, Jr.**
                                      **United States Magistrate Judge**