**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANE L. RHODES-LYON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.  2:11-cv-01906-LRH-CWH <br><br> **ORDER** |

      This matter is before the Court on Plaintiff's "Motion for Notice on Federal Questions and Damages: 'Title 26 Issues' - Mandate for Positive Law Codification (2 U.S.C. 285b) Public Law 93-544; As Affects Discovery; Local Rule 26-1(e)(1) on '26 CFR 301.7433-1(a); 25 USC 7430et seq.'" (#20), filed September 25, 2012.  Plaintiff cites Local Rule 26-1(e)(1), which describes how to calculate the discovery cut-off date.  The Court notes that discovery closed on September 30, 2012.  *See* Scheduling Order #16.  It is unclear from Plaintiff's motion whether she is requesting that discovery be re-opened, but her motion does not comply with Local Rule 26-4 to warrant an extension of the discovery period.  Additionally, it appears as though Plaintiff disagrees with the Order granting in part and denying in part Defendants' Motion to Dismiss (#17).  However, the motion does not request reconsideration.  Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Notice on Federal Questions and Damages (#20) is **denied**.

      DATED this 2nd day of October, 2012.

                                                             _____
                                                             **C.W. Hoffman, Jr.**
                                                             **United States Magistrate Judge**